IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| ALAN HUNT; and <br> COMMONWEALTH SECOND AMENDMENT, INC <br> Plaintiffs <br> <br> v. <br> <br> JOHN MOORE, Chief of the Town of Holliston <br> Department of Police; <br> Defendant | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Docket No. 1:16-cv-10668 <br> ) <br> ) <br> ) |

NOTICE OF DISMISSAL WITH PREJUDICE

Now Comes Alan Hunt and Commonwealth Second Amendment, plaintiffs to the above-entitled action, pursuant to Federal. R. Civ. P. 41(a), hereby requests that said action be dismissed with prejudice and without interest and costs, waiving all rights of appeal.

PLAINTIFF,
By His Attorney,

*/s/ Jeffrey T. Scrimo*
Jeffrey T. Scrimo
Lynch Scrimo—Attorneys
68 Main St., 2nd Floor
PO Box 1787
Lenox, MA 01240
BBO#: 649864
(P) 413-637-1300